# GLYNN, FITZGERALD, ALBEE & STRANG, S.C.

| | |
|---|---|
| ATTORNEYS AT LAW | 526 EAST WISCONSIN AVENUE |
| STEPHEN M. GLYNN | MILWAUKEE, WISCONSIN 53202 |
| MICHAEL J. FITZGERALD | TELEPHONE (414) 221-9600 |
| CRAIG W. ALBEE | FACSIMILE (414) 221-0600 |
| DEAN A. STRANG | |
| ——— | |
| CAROL S. JOSTEN | |

September 13, 2005

Honorable William E. Callahan, Jr.
U.S. Magistrate Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. Calimlim*
         Case No.  04-CR-248

Dear Magistrate Judge Callahan:

As the Court may recall, Special Agent Jarrod Winkle was unable to testify at the evidentiary hearing held in this case on July 25, 2005, because he was out of the country. Enclosed please find a stipulation with respect to his testimony. The stipulation has been approved by the government.

Thank you for your consideration.

Sincerely,

GLYNN, FITZGERALD, ALBEE & STRANG, S.C.


  s/Michael J. Fitzgerald
Michael J. Fitzgerald

MJF/jmb

enclosure

Honorable William E. Callahan, Jr.
September 13, 2005
Page 2


c:    Tracy Johnson
      Assistant United States Attorney

      Susan French

      Thomas Brown

      Rodney Cubbie