UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                                                           Case No. 04-CR-0248

JEFFERSON N. CALIMLIM
  and ELNORA M. CALIMLIM,

        Defendants,

ASSOCIATED BANK,

        Garnishee-Defendant.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee-defendant has been duly issued and served upon the garnishee-defendant. Pursuant to the Writ of Garnishment, the garnishee-defendant, ASSOCIATED BANK, filed an Answer on September 24, 2007, stating that the defendants, JEFFERSON N. CALIMLIM and/or ELNORA M. CALIMLIM had account(s) with ASSOCIATED BANK, at the time of the service of the Writ, and that the garnishee-defendant had in its possession, custody or control, monies or other personal property belonging to and due the defendant.

The defendant remains indebted to the plaintiff in the sum of $916,635.16.

ACCORDINGLY, IT IS ORDERED that the garnishee-defendant, shall pay to plaintiff, the United States of America, the contents of Associated Bank account(s) in the names of Jefferson N. Calimlim and/or Elnora M. Calimlim. Payment shall be made payable to the "U.S. District

Court Clerk," with the debtors case number 04-CR-0248, on the draft and sent to the Clerk of the U.S. District Court, 362 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580.

IT IS FURTHER ORDERED that any amounts which the garnishee-defendant may be holding pursuant to the Writ of Garnishment shall immediately be turned over to the United States Attorney at the above address.

Dated at Milwaukee, Wisconsin this 7th day of November, 2007.

s/ Rudolph T. Randa
RUDOLPH T. RANDA
CHIEF UNITED STATES DISTRICT JUDGE