UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                 Case No. 04-CR-0248

JEFFERSON N. CALIMLIM,

        Defendant,

CHARLES SCHWAB & CO., INC.,

        Garnishee-Defendant.

---

## AMENDED ORDER OF GARNISHMENT

---

A Writ of Garnishment, directed to garnishee-defendant has been duly issued and served upon the garnishee-defendant. Pursuant to the Writ of Garnishment, the garnishee-defendant, CHARLES SCHWAB & CO., INC., filed an Answer on October 10, 2007, stating that the defendant, JEFFERSON N. CALIMLIM had accounts with CHARLES SCHWAB & CO., INC., at the time of the service of the Writ, and that the garnishee-defendant had in its possession, custody or control, wages, income or other personal property belonging to and due the defendant.

The defendant remains indebted to the plaintiff in the sum of $891,722.30.

ACCORDINGLY, IT IS ORDERED that the garnishee-defendant, shall liquidate and convert to cash any and all securities held by the defendant, and turnover to the plaintiff, the United States of America, any and all of the proceeds of such conversions, in any and all of the accounts in the name of JEFFERSON N. CALIMLIM, held by Charles Schwab & Co.,

Inc. Payment shall be made payable to the "U.S. District Court Clerk," with the debtors case number 04-CR-0248, on the draft and sent to the Clerk of the U.S. District Court, 362 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580.

IT IS FURTHER ORDERED that any amounts which the garnishee-defendant may be holding pursuant to the Writ of Garnishment shall immediately be turned over to the United States Attorney at the above address.

Dated at Milwaukee, Wisconsin this 13th day of December, 2007.

s/ Rudolph T. Randa<br>
HON. RUDOLPH T. RANDA<br>
CHIEF UNITED STATES DISTRICT JUDGE