UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                        Case No. 04-CR-0248

JEFFERSON N. and ELNORA M. CALIMLIM,

        Defendants,

E-TRADE SECURITIES LLC,

        Garnishee-Defendant.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee-defendant has been duly issued and served upon the garnishee-defendant. Pursuant to the Writ of Garnishment, the garnishee-defendant, E-TRADE SECURITIES LLC, filed an Answer on December 17, 2007, stating that the defendants , JEFFERSON N. and/or ELNORA M. CALIMLIM had accounts with E-TRADE SECURITIES LLC at the time of the service of the Writ, and that the garnishee-defendant had in its possession, custody or control, wages, income or other personal property belonging to and due the defendants.

The defendants remains indebted to the plaintiff in the sum of $891,722.30.

ACCORDINGLY, IT IS ORDERED that the garnishee-defendant, shall pay to plaintiff, the United States of America, the contents of any and all accounts in the names of Jefferson N. Calimlim and/or Elnora M. Calimlim, held by E-Trade Securities LLC.

IT IS FURTHER ORDERED that the garnishee-defendant, shall liquidate and convert to cash any and all securities held by the Jefferson N. Calimlim and/or Elnora M. Calimlim, and turnover to the plaintiff, the United States of America, any and all of the proceeds of such conversions, in any and all of the accounts in the name of Jefferson N. Calimlim and/or Elnora M. Calimlim, held by E-Trade Securities LLC. Payment shall be made payable to the "U.S. District Court Clerk," with the debtors' case number 04-CR-0248, on the draft and sent to the Clerk of the U.S. District Court, 362 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580.

IT IS FURTHER ORDERED that any amounts which the garnishee-defendant may be holding pursuant to the Writ of Garnishment shall immediately be turned over to the United States Attorney at the above address.

Dated at Milwaukee, Wisconsin this 10th day of January, 2008.

s/ Rudolph T. Randa
RUDOLPH T. RANDA
CHIEF UNITED STATES DISTRICT JUDGE